■ In the Matter of JOAN T. BRODERICK et al., Appellants, v BERNADETTE CASTRO, as Commissioner of New York State Of-

fice of Parks, Recreation and Historic Preservation, et al., Respondents. (Appeal No. 2.) [725 NYS2d 924] —Judgment unanimously affirmed without costs. Same Memorandum as in *Matter of Broderick v Castro* (284 AD2d 909 [decided herewith]). (Appeal from Judgment of Supreme Court, Niagara County, Fricano, J.—CPLR art 78.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.